NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL ORTALIZ,                    )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D17-3783
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____     )

Opinion filed February 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Mary M. Handsel, Judge.

Rachael E. Bushey of O'Brien Hatfield, P.A.,
Tampa, for Appellant.


PER CURIAM.


          Affirmed.


NORTHCUTT, BLACK, and SALARIO, JJ., Concur.